# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00288-CV

### In re Centec Holdings LLC d/b/a Wilson Roofing Company

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Real parties in interest Robert and Judy Wilson have filed an agreed motion to abate this proceeding because the parties have reached an agreement to settle the underlying case. Accordingly, we grant the motion and abate this proceeding pending settlement. All deadlines will be tolled during the period of abatement.

Absent further order of this Court, this appeal will be automatically reinstated on August 30, 2023. The parties shall submit either a status report concerning the status of settlement or a motion to dismiss on or before August 30, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: June 29, 2023